IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:24-mj-01270 |
| v. | ) | |
| | ) | |
| KEVIN CONTRERAS ARITA. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Christopher Matthews hereby moves for admission to appear *pro hac vice* in the above-captioned action for Plaintiff United States of America.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the bar of the United States District Court for the District of New Jersey. Attached is a Certificate of Good Standing from that Court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Local

counsel has been retained in this matter as follows: Brooke Farzad, Assistant United States Attorney, United States Attorney's Office for the Middle District of Tennessee, 719 Church Street, Suite 3300, Nashville, TN 37203, phone number (615) 736-5151 and email address is: brooke.farzad@usdoj.gov.

       8.      I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

       9.      By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Respectfully submitted,

/s/ Christopher Matthews
CHRISTOPHER MATTHEWS
New Jersey Bar No. 028571998
Trial Attorney
U.S. Department of Justice
Violent Crime and Racketeering Section
1301 New York Ave., N.W.
Washington, DC 20530
Phone: (202) 262-9028
Email: Christopher.matthews@usdoj.gov

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

By:    /s/ Brooke Farzad
       Brooke Farzad
       Assistant United States Attorney
       719 Church Street, Suite 3300
       Nashville, TN 37203
       (615) 736-5151
       Email: brooke.farzad@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing Motion For Admission *Pro Hac Vice* was electronically filed with the Clerk on December 16, 2024, and service was made upon all persons registered in that case via CM/ECF and/or by email.

      /s/Brooke Farzad
      BROOKE FARZAD
      Assistant United States Attorney

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, MELISSA E. RHOADS, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Christopher David Matthews

was duly admitted to practice in said Court as of December 31, 1998 and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: July 19, 2024



MELISSA E. RHOADS, CLERK

By *Samaiya Sanders*

Samaiya Sanders,
Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.